[No. 16246-0-III.    Division Three.    December 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN L. SLATER, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 96-1-00132-4, Michael E. Cooper, J., entered November 14, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Kato, J.

[No. 16912-0-III.    Division Three.    December 11, 1997.]

*In the Matter of the Personal Restraint of* JESUS GIL-SANCHEZ, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 19541-1-II.    Division Two.    December 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD MICHAEL GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-00345-5, Rosanne Buckner, J., entered May 25, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Hunt, J.

[Nos. 20097-0-II; 21452-1-II.    Division Two.    December 12, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH JAMES STEPNEY, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 95-8-01525-2, 96-8-01961-2, Arthur W. Verharen and Grant L. Anderson, JJ., entered November 7, 1995 and October 30, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Seinfeld, J.